FILED
2017 Jul-24 AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| AUTIN BANKS, et al., )<br>)<br>   Plaintiffs, )<br>)<br>vs. )<br>)<br>SAKS FIFTH AVENUE REAL, )<br>PROPERTY, LLC, et. al., )<br>)<br>   Defendants. ) | CASE NO:<br>2:16-cv-01226-RDP |

**AUSTIN BANKS, et al.,**

   **Plaintiffs,**

vs.   **CASE NO: 2:16-cv-01226-RDP**

**SAKS FIFTH AVENUE REAL, PROPERTY, LLC, et. al.,**

   **Defendants.**

## MOTION FOR SETTLEMENT CONFERENCE AND STAY OF DEADLINES

COMES NOW, Plaintiffs, by and through the undersigned counsel and hereby move this honorable Court for a settlement conference and state as grounds:

1. The parties appear to have tentatively agreed to resolve every issue in this case, except whether notice must be provided as to other stores in other cases.

2. The discovery cutoff is July 31, 2017 and has been extended once.

3. Rather than insist on an inspection to comply with that deadline, which seems wasteful given the very advanced settlement discussions, Plaintiffs move the Court for a settlement conference to address the primary remaining issue in the settlement negotiations, notice, as well as any other issues.

4. Plaintiffs further move the Court to stay the deadline for plaintiffs conducting an inspection and filing a report, because: (a) Plaintiffs have delayed insisting on the inspection because the settlement was so nearly complete for a considerable period; and (b) there is no prejudice to the Defendant from such a

stay. Indeed, it will hold down the settlement cost and conserve all parties resources.

**WHEREFORE**, Plaintiffs move this honorable Court for a settlement conference and to stay the deadline for the Plaintiff's inspection and report until a time determined if the settlement conference is unsuccessful.

Respectfully submitted this 24th Day of July, 2017.

/s/ *Cassie E. Taylor*
CASSIE E. TAYLOR
BPR # AL-8297N67R
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.356-5314 p
334.819-4032 f
CET@ADA-Firm.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the aforementioned document with the Clerk of Court for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 24th Day of July, 2017 to the following:

**T. Matthew Miller**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
205.521.8243 p
tmmiller@babc.com
*Attorney for Defendants*

/s/ *Cassie E. Taylor*
**CASSIE E. TAYLOR**
**BPR # AL-8297N67R**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.356-5314 p
334.819-4032 f
CET@ADA-Firm.com
*Counsel for the Plaintiff*